**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JAMES THOMAS MOORE, JR.**                                                                                    **PLAINTIFF**

**v.**                       **CIVIL ACTION NO.: 3:25cv174-MPM-DAS**

**COMMISSIONER OF SOCIAL SECURITY**
                                                                                       **DEFENDANT**

**ORDER GRANTING MOTION TO**
**STAY DUE TO LAPSE IN APPROPRIATIONS**

      Before the Court is the Motion [Dkt. 13] of the United States of America, on behalf of its agency, Social Security Administration, for a stay of this proceeding due to a lapse in appropriations that began at 12:00 a.m. on October 1, 2025. The motion is well-taken and the Court finds that a stay of proceedings is appropriate under the circumstances.

      THEREFORE, IT IS ORDERED, that this proceeding is stayed until such time as the lapse in appropriations has ended. Counsel for the United States is directed to notify the Court and request the lifting of the stay as soon as Congress has appropriated funds for the Department. At that time, the parties make request that all deadlines be extended commensurate with the duration of the lapse in appropriations.

      **SO ORDERED**, this the 30th day of October, 2025.

                                                                /s/ David A. Sanders
                                                              **UNITED STATES MAGISTRATE JUDGE**